**Electronically Filed**
**Supreme Court**
**SCWC-16-0000681**
**09-JUL-2019**
**08:41 AM**

SCWC-16-0000681

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

v.

DONALD NICOL,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000681; CRIMINAL NO. 14-1-1642)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed on March 13, 2019 by Petitioner/Defendant-Appellant Donald Nicol is hereby rejected.

DATED: Honolulu, Hawai'i, July 9, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

